**John S. STRITZINGER,
Plaintiff-Appellant,**

v.

**BANK OF AMERICA; Vernon Mc Wright; Charles Holliday; Brian Moynihan; United States of America; Walter Massey, Defendants–Appellees,**

**and**

**William Massey; Office of the President of the United States; Office of the Vice President of United States, Defendants.**

**No. 16-1613**

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2016

Decided: August 1, 2016

John S. Stritzinger, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Stritzinger appeals the district court's order adopting the magistrate judge's recommendation dismissing his complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Stritzinger's informal brief does not challenge the basis for the district court's disposition, Stritzinger has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment and deny Stritzinger's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED